**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-03084-CMA-KLM

RUBY SANTISTEVAN,

    Plaintiff,

v.

FIRSTSOURCE ADVANTAGE, LLC, a New York limited liability company,

    Defendant.
_____

**ORDER DISMISSING CASE WITH PREJUDICE**
_____

    THE COURT having reviewed the Notice of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) (Doc. # 5), filed December 22, 2011, and being fully advised in the premises, DOES HEREBY

    ORDER that this case is Dismissed with Prejudice, with each party to pay her or its own attorney's fees and costs.

    DATED: December 23, 2011

                                        BY THE COURT:

                                        _____
                                        CHRISTINE M. ARGUELLO
                                        United States Magistrate Judge